# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## AMENDED CIVIL MINUTES - GENERAL

**SEND**
JS 6



Case No.: CV 03-4660 PA (Mcx)                    Date: May 28, 2004

Title:  Symantec Corporation v. Papa B. Enterprises, et al.

---

**DOCKET ENTRY**

---

**PRESENT:**

### HONORABLE PERCY ANDERSON, UNITED STATES DISTRICT JUDGE

C. Kevin Reddick                          Jennifer Cheshire
Deputy Clerk                              Court Reporter


Attorneys Present for Plaintiff:          Attorneys Present for Defendants:
Mark Baute - Telephonic                   Rodney Lee - Telephonic

---

**PROCEEDINGS:   STATUS CONFERENCE**

A status conference is held.  Carlo Gigilotti and Richard Mastrogiovanni are present telephonically.  The settlement is placed on the record.  Mr. Gigilotti and Mr. Mastrogiovanni agree to the terms of the settlement agreement as placed on the record.  The settlement agreement shall be incorporated into this proceeding.  The matter having been settled, the action is dismissed.



DOCKETED ON CM

JUN 2 - 2004

BY _____ 017